## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARJORIE DAVIES and** | : | |
| **WAYNE DAVIES,** | | |
| | : | |
| **Plaintiffs** | : | **CIVIL ACTION NO. 3:14-1711** |
| | : | |
| **v.** | | |
| | : | **(JUDGE MANNION)** |
| **GREEN TREE SERVICING, LLC,** | | |
| | : | |
| **Defendant** | : | |

## O R D E R

Based on the Memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Green Tree's motion to compel arbitration and stay, **(Doc. 43)**, is **GRANTED**;

**(2)** the Davies' motion to file a second amended complaint, **(Doc. 58)**, is **DISMISSED WITHOUT PREJUDICE** to re-file, if necessary, after arbitration is complete;

**(3)** the parties are directed to proceed with arbitration on the claims raised in the instant action pursuant to the terms of the written arbitration agreement;

**(4)** the Clerk of Court is directed to **ADMINISTRATIVELY CLOSE** this matter during the period of the stay;

**(5)** the parties may move to reopen this case in order to enforce any related arbitration award that may be made;

and

**(6)**     the parties are directed to provide the court with quarterly

reports commencing September 1, 2015, informing the

court of the status of the arbitration proceedings.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: June 18, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1711-01-Order.wpd

2